**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-20831**
**Summary Calendar**

---

**IN THE MATTER OF: PM RESTAURANT GROUP INC.,**

Debtor.

**MARK A. CANTU,**

Appellant,

**VERSUS**

**MSW GROUP LLC; FORREST SPARKS, JR.;**
**TOMMY WILSON; STEPHEN F. MCLAUGHLIN,**

Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-1441)

---

February 25, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Mark A. Cantu appeals from a judgment of the United States District Court for the Southern District of Texas which affirmed the judgment of the bankruptcy court that (1) Cantu was in contempt of the unambiguous Confirmation and Order of a Plan confirmed by the bankruptcy court; (2) Cantu was liable for compensatory damages and contingent and conditional punitive damages for his civil

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

contempt; and (3) Cantu was not entitled to an award of unpaid rent and taxes claimed to be owed by the debtor in the bankruptcy proceeding. We have carefully reviewed the briefs, the reply brief, the appendix to appellees' brief, and relevant portions of the record itself. For the reasons stated by the bankruptcy judge in his Findings of Fact and Conclusions of Law filed under date of February 26, 1997, we AFFIRM the decision of the district court to affirm the judgment of the bankruptcy court.